IN LAKE CHARLES, LA.

NOV 02 2009

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| CARL TURNER, ET AL. | : | DOCKET NO. 2:09-cv-1500 |
| VS. | : | JUDGE TRIMBLE |
| WERNER ENTERPRISES, ET AL. | : | MAGISTRATE JUDGE KAY |

### REPORT AND RECOMMENDATION

According to LR 41.3W, "[a] civil action may be dismissed . . . for lack of prosecution . . . [w]here no service of process has been made within 120 days after filing of the complaint." Plaintiffs filed the instant suit on April 10, 2009. Doc. 1. On April 10, 2009, the Clerk of Court issued summons as to all defendants. Doc. 3. However, as of October 22, 2009, plaintiffs have failed to provide proof of service of the summons on defendant Abrirahmam Egal. It is THEREFORE RECOMMENDED that plaintiff's claims against defendant Abrirahmam Egal be DISMISSED WITHOUT PREJUDICE.

Pursuant to LR41.3W, plaintiff is allowed ten calendar days from the mailing of this notice to file evidence of good cause for failure to act. Additionally, under the provisions of 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), parties aggrieved by this recommendation have ten (10) business days from service of this report and recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within ten (10) days after being served with a copy of any objections or response to the District judge at the time of filing.

Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within ten (10) days following

the date of its service, or within the time frame authorized by Fed. R. Civ. P. 6(b), shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 2nd day of November, ~~October~~, 2009.

KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE