RECEIVED
IN ALEXANDRIA, LA.

NOV 24 2009

TONY R. MOORE, CLERK
BY_____
       DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| CARL TURNER, ET AL. | : | DOCKET NO. 2:09-CV-1500 |
|---|---|---|
| VS. | : | JUDGE TRIMBLE |
| WERNER ENTERPRISES, ET AL. | : | MAGISTRATE JUDGE KAY |

### JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct. Accordingly, it is

**IT IS ORDERED** that plaintiff's claims against defendant Abrirahmam Egal be **DISMISSED WITHOUT PREJUDICE** in accordance with LR 41.3W.

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, this 24th day of November, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE